Law Office of Stephen Murphy
STEPHEN N. MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
Telephone: 707-425-3358
Facsimile: 707-359-0211
E-mail: steve@murphyesq.net

Attorney for the Plaintiff
RONALD LEE STUCKER, and
MARCINE ANN STUCKER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re:

RONALD LEE STUCKER, and
MARCINE ANN STUCKER,

                  Debtors.

RONALD LEE STUCKER, and
MARCINE ANN STUCKER,

                  Plaintiffs,
  v.

OKLAHOMA TAX COMMISSION,

                  Defendants.

Case No.: 13−34790 – D – 7

Adv. Proc. 15-02027 – D

**STIPULATION TO ENTRY OF JUDGMENT DETERMINING DISCHARGEABILITY OF INCOME TAXES**

      RONALD LEE STUCKER and MARCINE ANN STUCKER (the "Plaintiff"), and the OKLAHOMA TAX COMMISSION (the "Defendant"), hereby agree and stipulate that judgment may be entered in this adversary proceeding on the following terms:

**STIPULATION TO ENTRY OF JUDGMENT**          1
*STUCKER 13-34790 // ADV-PROC 15-02027*

1. Income tax debt due from Plaintiff to the Defendant for taxable year 1981, including all interest and penalties arising therefrom, is dischargeable in the Plaintiff's bankruptcy case; and

2. Each party shall bear their own attorney's fees and costs of the suit incurred herein.

**IT IS SO STIPULATED.**

**LAW OFFICE OF STEPHEN MURPHY:**

Dated: February 24, 2015          /s/ Stephen N. Murphy
                                  STEPHEN N. MURPHY
                                  Attorney for Ronald Lee Stucker, and
                                  Marcine Ann Stucker

**OKLAHOMA TAX COMMISSION:**

Dated: February 24, 2015          /s/ Sean R. McFarland
                                  SEAN R. MCFARLAND
                                  Attorney for the Oklahoma Tax Commission